IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KENNETH McKENNON as the personal Representative of the Estate of Devin C, McKennon, for the benefit of | ) ) ) ) | No. 1:10cv00011 JUDGE HAYNES |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MAURY COUNTY, TENNESSEE, ENOCH GEORGE, in his official capacity, CRAIG D'APOLITO, RACHEL CASE-WILLIAMSON, JONTHAN ADAM ERWIN, ADAM STUMP, ROBIN S. WALTERS, KAYLA McMILLIAN and TREVOR CROWE, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon notice of settlement (Docket Entry No. 43), all matters have been resolved and this action is **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 15th day of June, 2011.

WILLIAM J. HAYNES, JR
United States District Judge